IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL CHESSHIR; and
JENNIFER CHESSHIR                                                                                          PLAINTIFFS

v.                                        Case No. 4:14-cv-04109

BRADLEY TAYLOR; MOLLY TAYLOR;
JANELLE WHITE; BRADLEY TAYLOR
d/b/a TAYLOR & TAYLOR
DEVELOPMENT, LLC; MOLLY TAYLOR
d/b/a TAYLOR & TAYLOR
DEVELOPMENT, LLC; JANELLE WHITE
d/b/a TAYLOR & TAYLOR
DEVELOPMENT, LLC; and TAYLOR &
TAYLOR DEVELOPMENT, LLC                                                                             DEFENDANTS

## JUDGMENT

Before the Court is a Joint Motion to Dismiss With Prejudice.  (ECF No. 36).  The parties have informed the Court that they have settled this case, and the motion is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties' Motion to Dismiss is **GRANTED**.

**IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED** that the above styled cause be, and is hereby, dismissed with prejudice subject to the terms of the settlement agreement.

**IT IS FURTHER ORDERED** that if any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this judgment.  The court retains jurisdiction to vacate this order and reopen this action to enforce the terms of the settlement agreement.

Dated this 1st day of July, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge